## Commonwealth *v.* Ruth, Appellant.

Argued March 22, 1973. *Jerome B. Nulty,* with him *Clemens & Nulty,* for appellant; *John K. Reilly, Jr.,* District Attorney, for Commonwealth, appellee.

**Order affirmed.**

## Commonwealth *v.* St. Clair, Appellant.

Submitted March 26, 1973. *Barry Simon,* and *Schnader, Harrison, Segal & Lewis,* for appellant; *James T. Ranney* and *Milton M. Stein,* Assistant District Attorneys, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.